*CASE ANNOUNCEMENTS*
*COLORADO SUPREME COURT*
*MONDAY, MAY 6, 2019*

"Slip opinions" are the opinions delivered by the Supreme Court Justices and are subject to modification, rehearing, withdrawal, or clerical corrections. Modifications to previously posted opinions will be linked to the case number in the petition for rehearing section the day the changes are announced.

Click on the case number to view the opinion in pdf format.

-------------------------------------------------------------------------------------------------------------

## OPINIONS

### 2019 CO 31

### Supreme Court Case No. 17SC246
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 16CA102

**Petitioner:**

Chris Bermel,

v.

**Respondent:**

BlueRadios, Inc.

### Judgment Affirmed
*en banc*

**JUSTICE MÁRQUEZ** delivered the Opinion of the Court.
**JUSTICE GABRIEL** dissents, and **JUSTICE HART** joins in the dissent.
**JUSTICE HOOD** does not participate.

## 2019 CO 32

**Supreme Court Case No. 18SA110**
*Appeal from the District Court*
La Plata County District Court, Water Division No. 7 Case No. 16CW3008
Honorable Jeffrey R. Wilson, Water Judge

**Plaintiffs-Appellants:**

Gary Sheek, Sheek Family Limited Partnership, and Pamsey I. Sheek

v.

**Defendants-Appellees:**

Roger Brooks, Veryl Goodnight, Ida May Smith, and The James Fenberg Revocable
Trust.

**Judgment Affirmed**
*en banc*

**JUSTICE HART** delivered the Opinion of the Court.

## 2019 CO 33

**Supreme Court Case No. 19SA20**
*Interlocutory Appeal from the District Court*
Moffat County District Court Case No. 18CR270
Honorable Michael A. O'Hara III, Judge

**Plaintiff-Appellant:**

The People of the State of Colorado,

v.

**Defendant-Appellee:**

Justin Ray Cline.

**Order Reversed**
*en banc*

**JUSTICE SAMOUR** delivered the Opinion of the Court.
**JUSTICE HOOD** dissents, and **CHIEF JUSTICE COATS** and **JUSTICE HART** join in the dissent.

-----------------------------------------------------------------------------------------------------------

## GRANTED PETITIONS FOR WRIT OF CERTIORARI

**No. 18SC241, Court of Appeals Case No. 14CA2243**
**Petitioner:**
Kellie Jean Lawson,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari GRANTED.  The judgment of the Colorado Court of Appeals is vacated, and the case is remanded to the Colorado Court of Appeals for reconsideration in light of *Page v. People*, 2017 CO 88, and *People v. Rock*, 2017 CO 84.  EN BANC.

Whether, in light of this Court's decision in *Page v. People*, 2017 CO 88 and *People v. Rock*, 2017 CO 84, the court of appeals misapplied *Reyna-Abarca v. People*, 2017 CO 15, to find criminal mischief and arson did not merge.

DENIED AS TO ALL OTHER ISSUES.
JUSTICE MÁRQUEZ does not participate.


## HELD PETITIONS FOR WRIT OF CERTIORARI

**19SC108, People v. Irving**
Held pending 18SC445, *People v. Jones*, and 18SC582, *People v. Lujan*.


## DENIED PETITIONS FOR WRIT OF CERTIORARI

**No. 18SC680, Court of Appeals Case No. 17CA1294**
**In re the Marriage of**
**Petitioner:**
Suzanne Longmire n/k/a Morrison,
and
**Respondent:**
Travis Longmire.

Petition for Writ of Certiorari is DENIED.  EN BANC.

----------------------------------------------------------------------------------------------------

**No. 18SC750, District Court, City and County of Denver Case No. 17CV34480**
**Petitioner**:
The People of the State of Colorado,
v.
**Respondent:**
Michael Donahue.

Petition for Writ of Certiorari DENIED.  EN BANC.
CHIEF JUSTICE COATS does not participate.

----------------------------------------------------------------------------------------------------

**No. 19SC40, Court of Appeals Case No. 17CA67**
**Petitioner:**
American Family Mutual Insurance Company,
v.
**Respondent:**
Bell Advisors, LLC, a Delaware limited liability company.

Petition for Writ of Certiorari DENIED.  EN BANC.

----------------------------------------------------------------------------------------------------

**No. 19SC57, Court of Appeals Case No. 15CA1463**
**Petitioner:**
Jemal A. Dawed,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

----------------------------------------------------------------------------------------------------

**No. 19SC105, Court of Appeals Case No. 15CA368**
**Petitioner:**
Efrain Carrera,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

----------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------

**No. 19SC121, Court of Appeals Case No. 18CA412**
**Petitioner:**
William Chinnock,
v.
**Respondents:**
Cynthia Braddock, as Boulder County Assessor and Boulder Board of Equalization.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 19SC135, Weld County District Court Case No. 18CV30458**
**Petitioner:**
Bernardine Hamilton,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

--------------------------------------------------------------------------------------------------------------

**No. 19SC139, Eagle County District Court Case No. 18CV14**
**Petitioner:**
Shamya Ullah,
v.
**Respondent:**
Hausmeister Services, LLC.

Petition for Writ of Certiorari DENIED.  EN BANC.

JUSTICE BOATRIGHT would grant as to the following issue:

May a judgement be entered in the small claims court against a defendant without a finding or evidence that, at the time of filing of the claim, the defendant resides, is regularly employed, is a student at an institution of higher education, or has an office for the transaction of business, in the county where the claim is filed?

--------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------

**No. 19SC140, Court of Appeals Case No. 18CA510**
**Petitioner:**
Alejandro Diego Ornelas,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
JUSTICE BOATRIGHT does not participate.

------------------------------------------------------------------------------------------------------------

**No. 19SC142, Court of Appeals Case No. 16CA1326**
**Petitioner:**
Rider Jordan Leppin,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

------------------------------------------------------------------------------------------------------------

**No. 19SC144, Larimer County District Court Case No. 18CV30128**
**Petitioner:**
Kristopher Lee Bull,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

------------------------------------------------------------------------------------------------------------

**No. 19SC151, Court of Appeals Case No. 17CA300**
**Petitioner:**
William A. Gregor,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.
JUSTICE MÁRQUEZ does not participate.

------------------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------------------

**No. 19SC153, Court of Appeals Case No. 18CA479**
**Petitioner:**
Daniel J. Santiago,
v.
**Respondent:**
The People of the State of Colorado.

Petition for Writ of Certiorari DENIED.  EN BANC.

-------------------------------------------------------------------------------------------------------------